UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RNL INVESTMENTS, INC., <br> Plaintiff, <br> v. <br> JACK R. BERLAU, et al., <br> Defendants. | Case No. 3:19-cv-00277-WHO <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE** <br><br> Re: Dkt. No. 4 |

On May 30, 2018, Plaintiff RNL Investments, Inc. filed this unlawful detainer action against Defendants Jack and Meredith Berlau in Contra Costa Superior Court. Complaint [Dkt. No. 1] ECF page 8. On January 16, 2019, Defendants removed it to this Court. Notice of Removal [Dkt. No. 1]. On January 24, 2019, United States Magistrate Judge Elizabeth D. Laporte issued a report and recommendation that this case be remanded to state court for lack of subject matter jurisdiction. Report and Recommendation [Dkt. No. 4]. Judge Laporte concluded that there is no federal question jurisdiction because the complaint asserts only a state law claim and no diversity jurisdiction because neither the diversity of citizenship nor the amount in controversy requirements is met. *Id.* at 2–3.

Objections to the report and recommendation were due within 14 days; as of the date of this Order, no objections have been filed. I find Judge Laporte's report thorough, well-reasoned, and correct; I adopt it in every respect. Accordingly, this case is REMANDED to state court.

**IT IS SO ORDERED.**

Dated: February 15, 2019


William H. Orrick
United States District Judge